# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| ALEXIS WHITE, | ) |
| | ) CIVIL ACTION NO. |
| Plaintiff, | ) 4:21-CV-00183 |
| | ) |
| v. | ) JURY DEMANDED |
| | ) |
| MOHAWK ESV, INC., | ) |
| | ) |
| Defendant. | ) |

___

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
___

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate and agree to the dismissal of this action with prejudice and with each party to bear its own respective costs and attorneys' fees.

Respectfully submitted,

**MASSEY & ASSOCIATES, P.C.**         **JACKSON LEWIS, P.C.**

*/s/ R. Ethan Hargraves*              */s/ Robert W. Capobianco (with permission)*
R. Ethan Hargraves                    Robert W. Capobianco
GA No. 793839                         GA No. 106102
6400 Lee Highway, Suite 101           171 17th Street NW, Suite 1200
Chattanooga, TN 37421                 Atlanta, GA 30363
Ph: 423.697.4529                      Ph: 404.525.8200
F: 423.634.8886                       F: 404.525.1173
ethan@masseyattorneys.com             Robert.Capobianco@jacksonlewis.com
*Attorney for Plaintiff*              *Attorney for Defendant*